Michael Tiliakos, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone:  (212) 692-1045
Fax:  (212) 202-6231
Email:  mtiliakos@duanemorris.com
*Attorneys for Defendant FC 42nd Street Associates, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DEDRA DE LA ROSA, | |
| Plaintiff, | Civil Action No. 13-CV-1036 |
| -v- | |
| 42ND APPLE LLC d/b/a APPLEBEES, DAVE & BUSTER'S OF NEW YORK, INC., and FC 42ND STREET ASSOCIATES, L.P., | **NOTICE OF APPEARANCE** |
| Defendants. | |

---

**MICHAEL TILIAKOS** hereby enters his appearance on behalf of FC 42ND STREET ASSOCIATES, L.P.

Dated: New York, New York
       March 28, 2013

                                            DUANE MORRIS LLP

                                            By:  /s/ Michael Tiliakos
                                                 Michael Tiliakos
                                                 1540 Broadway
                                                 New York, New York 10036-4086
                                                 Phone:  (212) 692-1045
                                                 Fax:  (212) 202-6231
                                                 Email:  mtiliakos@duanemorris.com
                                                 *Attorneys for Defendant FC 42nd Street Associates, L.P.*