Eric W. Ruden, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Phone:  (212) 471-1893
Fax:  (212) 202-5077
Email:  eruden@duanemorris.com
*Attorneys for Defendant FC 42nd Street Associates, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DEDRA DE LA ROSA,

       Plaintiff,

-v-

42ND APPLE LLC d/b/a APPLEBEES, DAVE & BUSTER'S OF NEW YORK, INC., and FC 42ND STREET ASSOCIATES, L.P.,

       Defendants.
_____

Civil Action No. 13-CV-1036

**NOTICE OF APPEARANCE**

**ERIC W. RUDEN** hereby enters his appearance on behalf of FC 42ND STREET ASSOCIATES, L.P.

Dated: New York, New York
       March 28, 2013

DUANE MORRIS LLP

By:  /s/ Eric W. Ruden
    Eric W. Ruden
    1540 Broadway
    New York, New York 10036-4086
    Phone:  (212) 471-1893
    Fax:  (212) 202-5077
    Email:  eruden@duanemorris.com
    *Attorneys for Defendant FC 42nd Street Associates, L.P.*