UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                    Plaintiff,<br><br>-against-<br><br>42ND APPLE LLC d/b/a APPLEBEES, DAVE & BUSTER'S OF NEW YORK, INC., AND FC 42ND STREET ASSOCIATES, L.P.,<br><br>                    Defendants. | Civil Action No. 13-cv-1036 |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Dave & Buster's of New York, Inc. and requests that copies of all notices and other papers in this case be sent to:

> PRYOR CASHMAN LLP
> Attn:   James S. O'Brien, Jr., Esq.
>            Sarah E. Bell., Esq.
> 7 Times Square
> New York, New York 10036-6569
> Tel: (212) 326-0401
> Fax: (212) 798-6912
> jobrien@pryorcashman.com
> sbell@pryorcashman.com

Dated: New York, New York
          April 2, 2013

>                                    PRYOR CASHMAN LLP
>
>                                    By:  /s/ Sarah E. Bell
>                                            James S. O'Brien, Jr.
>                                            Sarah E. Bell
>                                    7 Times Square
>                                    New York, New York 10036-6569
>                                    (212) 421-4100
>                                    *Attorneys for Dave & Buster's of New York, Inc.*