UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEDRA DE LA ROSA,

                        Plaintiff,                     13-CV-1036 (SAS)(SN)

      -against-

42ND APPLE LLC D/B/A APPLEBEES, DAVE &       **STIPULATION**
BUSTER'S OF NEW YORK, INC., AND FC 42ND       **EXTENDING TIME TO ANSWER**
STREET ASSOCIATES, L.P.                                **OR RESPOND**

                      Defendant.
------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that:

    1. The time for Defendant FC 42ND STREET ASSOCIATES, L.P. to answer or to otherwise respond to Plaintiff's Complaint is hereby extended to May 6, 2013.

    2. The parties hereby consent to service of all documents by electronic means, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure.

    This Stipulation may be signed with facsimile/electronic signatures.

*[Handwritten: No further extensions will be granted.]*

Dated: New York, New York
       April 5, 2013

**PARKER HANSKI LLC**                            **DUANE MORRIS LLP**
*Attorneys for Plaintiff*                              *Attorneys for FC 42nd Street Associates, L.P.*

By:  *Glen Parker*                          By:  [signature]
     Glen H. Parker                              Michael Tiliakos, Esq.
     40 Worth Street, 10th floor             1540 Broadway
     New York, NY 10013                  12th Floor
     Tel. (212) 248-7400                    New York, NY 10036
                                                Tel. (212) 692-1045

SO ORDERED: [signature]
              SHIRA A. SCHEINDLIN
              U.S.D.J    4/5/13

DM2\4194475.1