UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                        Plaintiff,<br><br>-against-<br><br>42ND APPLE, LLC d/b/a APPLEBEE'S, DAVE & BUSTER'S OF NEW YORK, INC., and FC 42ND STREET ASSOCIATES, L.P.,<br><br>                        Defendants. | C.A. No. 13 Civ. 1036 (SAS) (SN)<br>ECF Case |

## RULE 7.1 STATEMENT OF DEFENDANT 42ND APPLE, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant 42nd Apple, LLC hereby discloses that it has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       April 17, 2013

OLSHAN FROME  WOLOSKY LLP

By:   /s/ Peter M. Sartorius
      Thomas J. Fleming
      Peter M. Sartorius
      *Attorneys for Defendant 42nd Apple, LLC*
      Park Avenue Tower
      65 East 55th Street
      New York, New York 10022
      tfleming@olshanlaw.com
      psartorius@olshanlaw.com
      (212) 451-2300

2032960-1