UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                              Plaintiff,<br><br>        v.<br><br>42ND APPLE LLC D/B/A APPLEBEES,<br>DAVE & BUSTERS OF NEW YORK, INC.,<br>AND FC 42ND STREET ASSOCIATES, L.P.,<br><br>                              Defendants. | Index No. 13-cv-1036 |

Defendant Dave & Buster's of New York, Inc. ("DBNY"), as and for its Statement

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that:

1.      Starbucks is publicly traded, and offers shares of stock to the public under the

symbol "DBI."

2.      100% of the stock of DBNY is owned by Dave & Buster's, Inc., a Missouri

corporation ("DBI").

3.      100% of the stock of DBI is owned by Dave & Buster's Holdings, Inc., a

Delaware corporation ("Holdings").

4.      100% of the stock of Holdings is owned by Dave & Buster's Entertainment, Inc.,

a Delaware corporation ("Entertainment").

5.      The stock of Entertainment is owned by a variety of private funds and individuals.

Oak Hill Capital Partners III, L.P. ("Oak Hill") owns 92.38% of the stock of Entertainment, but

it is not publically-traded.

6.      No publicly-held corporation owns 10% or more of the stock of Oak Hill.

Dated: May 2, 2013
     New York, New York

            PRYOR CASHMAN LLP

            By: /s/ Sarah E. Bell
                James S. O'Brien, Jr.
                Sarah E. Bell
            7 Times Square
            New York, New York 10036-6569
            Tel:   (212) 421-4100
            Fax:   (212) 798-6912
            jobrien@pryorcashman.com
            sbell@pryorcashman.com
            *Attorneys for Defendant Dave & Buster's of New York, Inc.*