UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                              Plaintiff,<br><br>v.<br><br>42ND APPLE LLC D/B/A APPLEBEES, DAVE & BUSTERS OF NEW YORK, INC., AND FC 42ND STREET ASSOCIATES, L.P.,<br><br>                              Defendants. | Index No. 13-cv-1036<br><br>**AMENDED RULE 7.1 STATEMENT** |

Defendant Dave & Buster's of New York, Inc. ("DBNY"), as and for its Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that:

1. Dave & Buster's is publicly traded, and offers shares of stock to the public under the symbol "DBI."

2. 100% of the stock of DBNY is owned by Dave & Buster's, Inc., a Missouri corporation ("DBI").

3. 100% of the stock of DBI is owned by Dave & Buster's Holdings, Inc., a Delaware corporation ("Holdings").

4. 100% of the stock of Holdings is owned by Dave & Buster's Entertainment, Inc., a Delaware corporation ("Entertainment").

5. The stock of Entertainment is owned by a variety of private funds and individuals. Oak Hill Capital Partners III, L.P. ("Oak Hill") owns 92.38% of the stock of Entertainment, but it is not publically-traded.

6. No publicly-held corporation owns 10% or more of the stock of Oak Hill.

Dated: May 2, 2013
      New York, New York

                              PRYOR CASHMAN LLP

                              By: /s/ Sarah E. Bell
                                    James S. O'Brien, Jr.
                                    Sarah E. Bell
                              7 Times Square
                              New York, New York 10036-6569
                              Tel:    (212) 421-4100
                              Fax:   (212) 798-6912
                              jobrien@pryorcashman.com
                              sbell@pryorcashman.com
                              *Attorneys for Defendant Dave & Buster's of New York, Inc.*