UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DEDRA DE LA ROSA

                  Plaintiff,

    v.

42ND APPLE LLC D/B/A APPLEBEE'S, DAVE &
BUSTER'S OF NEW YORK, INC. AND FC 42ND
STREET ASSOCIATES, L.P.

                  Defendants.
------------------------------------------------------------x

Docket No: 13-cv-1036 (SAS)
ECF Case

Electronically Filed

**DEFENDANT FC 42ND STREET ASSOCIATES, L.P.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FC 42nd Street Associates, LP states that Forest City Enterprises, Inc., a publicly traded corporation indirectly owns through intermediary corporations more than 10% of FC 42nd Street Associates, L.P.

Dated: New York, New York
       May 6, 2013

                                DUANE MORRIS LLP

                                By: /s/ Michael Tiliakos
                                     Michael Tiliakos  (MT-1678)
                                     1540 Broadway
                                     New York, New York 10036
                                     mtiliakos@duanemorris.com
                                     Telephone: (212) 692-1045
                                     Fax: (212) 202-6231
                                     *Attorneys for FC 42nd Sreet Associates, L.P.*

DM2\4248492.1