

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

Bell, Sarah E.

Direct Tel: 212-326-0401
Direct Fax: 212-798-6912
sbell@pryorcashman.com

July 3, 2013

**VIA ELECTRONIC MAIL** (Netburn_NYSDChambers@nysd.uscourts.gov)

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

Re:   **Dedra De La Rosa v. 42nd Apple LLC, et al.**

Dear Judge Netburn:

We are counsel to defendant Dave & Buster's of New York, Inc. ("Dave & Buster's"), in the above-captioned Americans With Disabilities Act matter. We write to request this Court's approval for our client, Jay Tobin, Vice President of Dave & Buster's, to attend the July 18, 2013 settlement conference in this matter by phone. The reason for the request is that Mr. Tobin resides in Texas (where the Dave & Buster's corporate offices are located) and no one with ultimate authority to settle this matter resides within 100 miles of Manhattan. All other counsel in this matter consent to our request.

Respectfully submitted,

Sarah E. Bell

SEB:rs

Defendant's request is GRANTED. Jay Tobin may attend the July 18, 2013 settlement conference by telephone.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

New York, New York
July 10, 2013