UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Dedra DE LA ROSA,

        Plaintiff,      13-CV-01036 (SAS)(SN)

  -against-           **ORDER**

42ND APPLE LLC, et al.,

        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On July 18, 2013, the parties attended a settlement conference but did not reach a resolution of their dispute. Accordingly, by August 9, 2013, the parties must submit a joint letter updating the Court as to the steps they have taken to identify the appropriate defendants and to settle the case. The letter also should indicate whether the parties wish to schedule a second settlement conference and, if so, include proposed dates on at least two consecutive weeks. If appropriate, the parties are encouraged to submit their joint letter before the August 9, 2013 deadline.

  Discovery in this case is stayed until the filing of the joint letter.

**SO ORDERED.**

                  _____
                  SARAH NETBURN
                  United States Magistrate Judge

DATED:  New York, New York
      July 18, 2013