UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dedra DE LA ROSA,

                                           **Plaintiff,**                        13-CV-01036 (SAS)(SN)

                 -against-                                            <u>ORDER</u>

**42ND APPLE LLC, et al.,**

                                   **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the parties' August 9, 2013 joint status letter, a telephone conference is scheduled for August 16, 2013, at 2:30 p.m. At that time, the parties should <u>jointly</u> call chambers, at (212) 805-0286, with all relevant individuals on the line. In preparation for this conference, the parties should discuss what documents, if any, plaintiff requires from defendants to prepare for an October settlement conference (other than permission to enter the premises to conduct an expert inspection). In addition, the plaintiff and defendant 42 Apple LLC should continue their discussions to reach a resolution of those claims.

**SO ORDERED.**

                                                                        _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       New York, New York
                     August 13, 2013