UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Dedra DE LA ROSA,

                          **Plaintiff,**                      13-CV-01036 (SAS)(SN)

              -against-                            <u>**ORDER**</u>

**42ND APPLE LLC, et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The telephone conference scheduled for August 16, 2013, is rescheduled for August 27, 2013, at 10:00 a.m. At that time, the parties should <u>jointly</u> call chambers, at (212) 805-0286, with all relevant individuals on the line. In preparation for this conference, the parties should discuss what documents, if any, plaintiff requires from defendants to prepare for an October settlement conference (other than permission to enter the premises to conduct an expert inspection). In addition, the plaintiff and defendant 42 Apple LLC should continue their discussions to reach a resolution of those claims.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      New York, New York
                   August 16, 2013

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/16/2013*