# PARKER HANSKI LLC
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com



DATE: 9/12/13

September 5, 2013

Via ECF
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*The October 15, 2013 conference has been rescheduled to October 22, 2013 at 4:30 p.m. SO ORDERED.*

*Shira A. Scheindlin, USDJ  9/12/13*

Re:  *Dedra De La Rosa v. 42nd Apple LLC d/b/a Applebees, Dave & Buster's of New York, Inc., and FC 42nd Street Associates, L.P.*

### Docket No. 13-CV-1036 (SAS) (SN)

Dear Judge Scheindlin:

We represent the plaintiff in the above-entitled action. With the consent of all the parties, we write to respectfully ask the Court to adjourn the October 15, 2013 conference pending the outcome of the mediation before Magistrate Judge Sarah Netburn. The parties had a mediation before Judge Netburn on July 18, 2013 and a second mediation has been scheduled for October 15, 2013 at 2pm.

With regard to discovery, Judge Netburn stayed discovery pending the mediation and will be issuing a new discovery schedule if the mediation does not resolved this litigation at the October 15th mediation. This is the first request for an adjournment of this conference and the parties have been advised that Judge Netburn has advised Your Honor of this request.

Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

cc all Defendants via ECF:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>42ND APPLE LLC d/b/a APPLEBEE'S, DAVE & BUSTER'S OF NEW YORK, INC., and FC 42ND STREET ASSOCIATES, L.P.,<br><br>　　　　　　　　　　　Defendants. | Docket No. 13 Civ. 1036 (SAS) (SN)<br><br>**PROPOSED REVISED SCHEDULING ORDER** |

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

　　　　WHEREAS, the Court issued an Order for a Final Pre-Trial Conference to be scheduled for October 15, 2013 at 4:30 pm; and

　　　　WHEREAS, the Parties are engaged in settlement discussions and have a settlement conference scheduled before the Honorable Sarah Netburn on October 15, 2013 at 2:00 pm;

　　　　NOW, THEREFORE, it is hereby ordered that the October 15, 2013 Final Pre-Trial Conferences is adjourned to _____.

PARKER HANSKI LLC

By: _Glen H. Parker_
　　Glen Parker, Esq.
　　*Attorneys for plaintiff*
　　40 Worth Street, 10th Floor
　　New York, New York 10013
　　(212) 248-7400
　　ghp@Parkerhanski.com
　　ash@Parkerhanski.com

OLSHAN FROME WOLOSKY LLP

By: _[signature]_
　　Thomas J. Fleming
　　Peter M. Sartorius
　　*Attorneys for defendant*
　　*42nd Apple, LLC*
　　Park Avenue Tower
　　65 East 55th Street
　　New York, New York 10022
　　(212) 451-2300
　　tfleming@olshanlaw.com
　　psartorius@olshanlaw.com

2077924-1

| | |
|---|---|
| DUANE MORRIS LLP | PRYOR CASHMAN LLP |
| By: _____ | By: _____ |
| Michael Tiliakos | Sarah E. Bell |
| Attorneys for defendant | *Attorneys for defendant* |
| *FC 42nd Street Associates, L.P.* | *Dave & Buster's of New York, Inc.* |
| 1540 Broadway | 7 Times Square |
| New York, New York 10036-4086 | New York, New York 10036 |
| (212) 692-1045 | (212) 326-0401 |
| mtiliakos@duanemorris.com | sbell@pryorcashman.com |

**SO ORDERED:**

_____
**SHIRA A. SCHEINDLIN**
**U.S.D.J.**

2

2077924-1