UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dedra DE LA ROSA,

                           Plaintiff,

              -against-

42ND APPLE LLC, et al.,

                          Defendants.

------------------------------------------------------------X

13-CV-01036 (SAS)(SN)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 9/27/2013

**SARAH NETBURN, United States Magistrate Judge:**

      On September 26, 2013, Defendant 42nd Apple LLC submitted a request via letter for the representative of FC 42nd Street Associates LLC (the "Landlord") to appear by telephone at the settlement conference set for October 15, 2013. The request is made because the representative "will be leaving for an industry conference early the next morning and has several urgent business meetings and matters that require her physical presence in her office on October 15." The application suggests that the representative – who is the only "individual with authority to settle the case" – will not be able to focus her attention on settling this case on October 15. Accordingly, the Court DENIES defendant's request and instructs the parties to call Courtroom Deputy Joseph Mendieta at (212) 805-0286, with all parties on the line, to identify a new time and date for the settlement conference. Finally, counsel are advised that, as of September 9, 2013, all letters and letter motions must be filed on ECF and not emailed to chambers (unless they contain sensitive or confidential information).

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:    New York, New York
                September 27, 2013