UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2013
```

**DEDRA DE LA ROSA,**

                **Plaintiff(s),**

     -against-

**42ND APPLE LLC.,**

                **Defendant(s).**

13CV01036 (SAS)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     A settlement conference is scheduled for Wednesday, October 30, 2013 at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to the chambers of the Honorable Shira A. Scheindlin to request that the pre-trial conference scheduled for October 22, 2013, be adjourned to after the October 30, 2013 settlement conference.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letter, which is to be submitted by Wednesday, October 23, 2013.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    New York, New York
             October 4, 2013