UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__
DATE FILED: 10/31/2013
```

**DEDRA DE LA ROSA,**

                **Plaintiff,**

      -against-

**42ND APPLE LLC., et al.**

                **Defendants.**

13CV01036 (SAS)(SN)

<u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a settlement conference on Wednesday, October 30, 2013, at which the plaintiff executed a binding settlement agreement with the defendants 42nd Apple, LLC, and FC 42nd Street Associates, L.P. Following the conference, the plaintiff and the remaining defendant, Dave & Buster's of New York, Inc., are continuing to engage in good faith settlement negotiations. Accordingly, it is ordered that the case be STAYED for one week to allow the parties to conserve resources and focus their efforts on reaching a resolution of this case.

      On or before November 8, 2013, the parties shall either file a Stipulation of Dismissal with Judge Scheindlin or submit a joint status letter to me advising me of the status of the negotiations. Absent the filing of the Stipulation of Dismissal, the stay shall be automatically lifted on November 8, 2013, and the parties shall proceed with the completion of discovery.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    New York, New York
                October 31, 2013