UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2013
```

-------------------------------------------------------

**DEDRA DE LA ROSA,**

               **Plaintiff,**

         -against-

**42ND APPLE LLC., et al.**

               **Defendants.**

-------------------------------------------------------

13CV01036 (SAS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On November 7, 2013, counsel for the plaintiff sent an email to Chambers regarding the status of the parties' settlement agreement. The Court grants the parties' request to allow them until November 15, 2013, to update the Court on the status of settlement and the filing of the stipulation of dismissal as to defendants 42nd Apple LLC and FC 42nd Street Associates, L.P.

    The Court advises the parties that all letters should be filed by ECF, unless it contains sensitive or confidential information, in which case the parties should communicate through the Chambers email address by sending a PDF letter. Parties should not include substantive communication in the body of the email.

**SO ORDERED.**

                                          _____
                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:    New York, New York
             November 8, 2013