# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

November 18, 2013

**Via ECF**
The Honorable Sarah Netburn
United States Magistrate Judge, S.D.N.Y
40 Foley Square
New York, NY  10007

        **Re**:   *Dedra De La Rosa  v. 42nd Apple LLC d/b/a Applebees, Dave & Buster's of New York, Inc., and FC 42nd Street Associates, L.P.*

        **Docket No.:  13-CV-1036 (SAS) (SN)**

Dear Judge Netburn:

    We represent the plaintiff Dedra De La Rosa in the above-entitled action.  We write, with the consent of counsel for defendant Dave & Buster's of NY LLC ("Dave & Buster's", and together with plaintiff, the "Parties") to update Your Honor regarding the status of settlement discussions between the Parties.

    The parties have continued their settlement discussions related to the amusement arcade. Plaintiff has made a demand regarding amusement arcade and the accessibility of the games therein. Dave & Buster's is currently reviewing the demand, and counsel for parties are meeting in-person on Tuesday November 19, 2013 to discuss the proposal.

    As the Parties are still discussing the amusement arcade issue, we respectfully request that Your Honor allow the parties additional time to work to resolve the matter.

        Respectfully submitted,

        _____/s_____
        Adam S. Hanski, Esq.

cc: All counsel via ECF.