USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/14

Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                    Plaintiff,<br><br>-against-<br><br>42ND APPLE, LLC d/b/a APPLEBEE'S, DAVE & BUSTER'S OF NEW YORK, INC., and FC 42ND STREET ASSOCIATES, L.P.,<br><br>                    Defendants. | C.A. No. 13 Civ. 1036 (SAS) (SN)<br>ECF Case<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II) AS AGAINST DEFENDANTS 42ND APPLE, LLC and FC 42ND STREET ASSOCIATES, L.P. ONLY |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, as against defendants 42ND APPLE, LLC and FC 42ND STREET ASSOCIATES, L.P. only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       January 22, 2014

PARKER HANSKI LLC

By: _____
Glen Parker, Esq.
*Attorneys for plaintiff*
40 Worth Street, 10th Floor
New York, New York 10013
(212) 248-7400

OLSHAN FROME WOLOSKY LLP

By: _____
Peter M. Sartorius
*Attorneys for defendant 42nd Apple, LLC*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

DUANE MORRIS LLP

By: _____
Michael Tiliakos
*Attorneys for defendant
FC 42nd Street Associates, L.P.*
1540 Broadway
New York, New York 10036-4086
(212) 692-1045

2439529-2

U.S.D.J. 2/11/14