**PARKER HANSKI LLC**
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

June 24, 2014

**CONFIDENTIAL MATERIAL FOR USE ONLY AT SETTLEMENT CONFERENCE**

<u>Via ECF</u>
The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court

    **Re:**    *Dedra De La Rosa v. 42nd Apple LLC d/b/a Applebees, Dave & Buster's of New York, Inc., and FC 42nd Street Associates, L.P.*

         **Docket No. 13-CV-1036 (SAS) (SN)**

Dear Judge Netburn:

    Per Your Honor's directive of June 24, 2014, we write to advise that plaintiff has resolved all of its claims against all the defendants. Plaintiff and defendant Dave & Buster's of New York, Inc. have executed a stipulation of dismissal to be submitted to the Court but plaintiff's counsel is not in possession of the executed stipulation and is currently unable to have a new stipulation signed because the attorney for Dave & Buster's of New York, Inc. is out on maternity leave. Accordingly, plaintiff would consent to an order of dismissal issued by the Court or, in the alternative, an extension of time to file and fully executed stipulation of dismissal.

    Thank you for your time and attention to this matter.  With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.